IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD WYATT, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00576 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| PITTSYLVANIA COUNTY | ) | |
| SHERIFF'S OFFICE, ET AL, | ) | By:    Norman K. Moon |
|     Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 13th day of January, 2014.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE